**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| DAVIEL VAZQUEZ, individually and on behalf of all others similarly situated, | Case No. 8:25-cv-03530-MSS-NHA |
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| ADG, LLC d/b/a GREAT EXPRESSIONS DENTAL CENTERS, | |
| Defendant. | Hon. Mary S. Scriven |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Daviel Vazquez ("Plaintiff") and Defendant ADG, LLC d/b/a Great Expressions Dental Centers ("Defendant") (collectively, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted individually by Plaintiff are dismissed with prejudice, and the putative class claims are dismissed without prejudice.  Each side will be responsible for and bear its own costs and expenses.

Dated: March 25, 2026

/s/  Stephen A. Beck
Stephen A. Beck
Fla. Bar No. 1010183
Sarah N. Westcot
Fla. Bar No. 1018272
**BURSOR & FISHER, P.A.**
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
Email: sbeck@bursor.com
        swestcot@bursor.com

*Counsel for Plaintiff*

Respectfully submitted,

/s/  Sean G. Wieber
Sean G. Wieber* [*Lead Counsel*]
Kevin P. Simpson*
**WINSTON & STRAWN LLP**
300 N. LaSalle Drive, Suite 4400
Chicago, IL 60654
Phone: (312) 558-5600
Fax: (312) 558-5700
SWieber@winston.com
KPSimpson@winston.com

*pro hac vice

Gabriela A. Plasencia
Fla. Bar No. 115788
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5891
Phone: (415) 591-1000
Fax: (415) 591-1400
GPlasencia@winston.com

*Counsel for Defendant ADG, LLC
d/b/a Great Expressions Dental Centers*

## CERTIFICATE OF SERVICE

I, Stephen A. Beck, hereby certify that on March 25, 2026, a true and correct copy of the foregoing Joint Stipulation of Dismissal was served via CM/ECF on all counsel and parties of record.

_/s/ Stephen A. Beck_
Stephen A. Beck
